AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

OSCAR MACHICOTE, a/k/a Omar Medina

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1119-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 23, 2004 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt, MKIV, .45 caliber pistol, bearing Serial No. SS2090IE

in violation of Title 18 United States Code, Section(s) 922 (g)(1)

I further state that I am a(n) Bureau of ATF, Special Agent and that this complaint is based on the following
Official Title

facts:

See attached affidavit of ATF Special Agent Debora Seifert

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Debora Seifert

Sworn to before me and subscribed in my presence,

8/22/05
Date

at

Boston, Massachusetts
City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Worcester   Category No. II   Investigating Agency  ATF

City  Worcester   Related Case Information:

County  Worcester   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Oscar Machicote   Juvenile  ☐ Yes  ☒ No

Alias Name  Omar Medina

Address  9 Grant Street, Marlboro, MA

Birth date (Year only): 74   SSN (last 4 #): 9310  Sex M  Race: H   Nationality: USA

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  John M. Hodgens, Jr.   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes   ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/22/05   Signature of AUSA: _Antoinette E.M. Leoney_