UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Complaint & Arrest Warrant of: )
)
) Case No. 05M-1119-JGD
OSCAR MACHICOTE, )
    a/k/a Omar Medina )

### MOTION TO SEAL AND IMPOUND

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the Complaint and affidavit in support thereof in the above-captioned matter, until further Order of the Court.

As grounds the Government submits that premature disclosure may impede an ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature] /aal
JOHN M. HODGENS, JR.
Assistant U.S. Attorney
U. S. Attorney's Office
Donohue Federal Bldg, Room 206
595 Main Street
Worcester, MA 01608

Date: 8/22/05

Allowed [signature] Dein, USMJ
Judith Gail Dein 8/22/05