Affidavit of Special Agent Debora Seifert

I, Debora Seifert, being duly sworn, do hereby depose and state the following:

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives of the United States Department of Justice ("ATF") and have been so employed since August 2001. Previously, I was employed as a Deputy United States Marshal with the U.S. Department of Justice for approximately three years.  My responsibilities include investigating and enforcing the federal firearms laws.  I attended the Criminal Investigator Training Program, at the Federal Law Enforcement Training Center (FLETC), in Glynco, Georgia, from May 1998 to August 1998, where I received training and instruction as a Criminal Investigator, including firearms training, the execution of search and arrest warrants, investigative techniques, and legal instruction which covered Fourth Amendment searches and seizures.  Subsequently, from January 2002 to April 2002, I attended specialized training known as New Professional Training ("NPT") through ATF, at FLETC, where I received instruction in firearms technology and identification, firearms trafficking, explosives, and arson. During my career as a Special Agent, I have participated in the execution of numerous arrest warrants and search warrants.

2.  From my training and experience, I know it is a violation of Title 18, United States Code, Section 922(g)(1) for

any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, my review of documents, and information provided to me by other law enforcement officers. This affidavit does not contain all the information I possess about this investigation, but only that which is necessary to support the criminal complaint.

4. This affidavit is submitted in support of a criminal complaint charging Oscar MACHICOTE, also known as Omar MEDINA, date of birth April 26, 1974, social security number 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, formerly of 28 Parker Street, 2nd Floor, Worcester, Massachusetts.

5. During the month of November of 2004, Officers from the Worcester Police Department VICE Squad conducted an investigation relative to the illegal distribution of heroin in the Worcester area. The target of this investigation was an individual named Oscar MACHICOTE, aka Omar MEDINA.

6. On November 19, 2004, Worcester Police Officer Patrick Moran applied for and received a state search warrant from the

2

Worcester District Court for the person and the residence of Oscar MACHICOTE, that is, 28 Parker Street, second floor, Worcester, Massachusetts.

7. On November 23, 2004, Worcester Police officers effected a traffic stop of MACHICOTE, who was subsequently brought to 28 Parker Street in Worcester, Massachusetts. At that location, members of the Worcester Police Department executed the search warrant upon the second floor apartment of 28 Parker Street and secured the residence. Worcester Police Department Sergeant Thomas Needham explained the search warrant to MACHICOTE and advised him of his Miranda rights. Afterwards, MACHICOTE was asked by Sergeant Needham if he understood what was read to him and MACHICOTE responded that he did. Sergeant Needham asked MACHICOTE if he lived there. MACHICOTE responded that he did. During the search of the apartment, Officers located one .45 caliber Colt semi-automatic handgun, serial number SS20901E with five rounds of .45 caliber ammunition loaded into the magazine. Officers also discovered several bundles of heroin and several bags containing cocaine and crack cocaine, among other items.

8. The pistol was located in a bedroom at the rear of the apartment on the floor of the closet. Police also located a Glock handgun cleaning kit and cleaning supplies.

3

9.   Worcester Police arrested MACHICOTE.  The Commonwealth
of Massachusetts charged MACHICOTE with trafficking in cocaine;
possession with intent to distribute cocaine; possession of with
intent to distribute heroin; and possession of a firearm and
ammunition without an FID card.

10.   ATF Special Agent Michael Finnerty researched the Colt
Model MKIV .45-caliber pistol (serial #SS20901E) and informed me
that it was reported lost or stolen from an interstate shipment
to Florida.

11. ATF Special Agent Michael Finnerty provided a
description of the Colt pistol to ATF Special Agent Kurt Wheeler,
who has received specialized training in the origin and
identification of firearms. Special Agent Wheeler advised Special
Agent Finnerty that the Colt pistol was manufactured in
Connecticut and thus traveled in interstate commerce into
Massachusetts.

12. On November 24, 2004, Sergeant Thomas Needham brought
the Colt pistol to the Worcester Police Department Bureau of
Criminal Investigation ("BCI") for fingerprint processing.  On
this same date, Worcester Police Department BCI Lieutenant David
Grady and Officer Janis Ford processed the firearm for latent
prints.  A latent print was recovered from the firearm. BCI

4

matched the print recovered from the weapon to a known print of Omar MEDINA, who is also known as Oscar MACHICOTE. Worcester Police Officer Patrick Moran told ATF Special Agent Michael Finnerty that MEDINA and MACHICOTE are one in the same person.

13. On January 3, 2005, the Colt firearm was brought to the Massachusetts State Police Firearms Identification Section for test-firing. On January 6, 2005, Michael Arnold, a Massachusetts State Police Trooper assigned to the Firearms Identification Section, test-fired the Colt pistol with serial number SS20901E. The firearm was successfully test-fired and no malfunctions were noted.

14. ATF Special Agent Michael Finnerty reviewed Oscar MACHICOTE's criminal history. His criminal history reflects the following convictions on or about the dates set out below in the Commonwealth of Massachusetts for offenses that carry a potential term of imprisonment of 1 year or more:

| Date of Conviction | Offense |
| --- | --- |
| 1-26-94 | Assault and Battery by Dangerous Weapon |
| 12-12-97 | Unlawful possession of a firearm |
| 3-24-94 | Assault with a Dangerous Weapon |
| 4-30-93 | Assault and Battery by Dangerous Weapon |

5

15.  On March 14, 2005, I contacted the Massachusetts Governor's Council on Pardons and learned that there is no record of Oscar MACHICOTE, date of birth April 26, 1974, filing for or receiving a pardon from the Commonwealth of Massachusetts.

16.  Based upon the above information, I believe that probable cause exists to conclude that on or about November 23, 2004, in Worcester, in the District of Massachusetts, Oscar MACHICOTE, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt, MKIV, .45 caliber pistol, bearing serial number SS20901E, in violation of Title 18, United States Code, 922(g)(1).

Debora Seifert
Special Agent
U.S. Bureau of Alcohol, Tobacco,
    Firearms and Explosives


Sworn and subscribed to me this _22d_ day of August 2005, in Boston, Massachusetts.

JUDITH G. DEIN
United States Magistrate Judge

6