UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               ) Case No. _____
                         )
OSCAR MACHICOTE,         )
    a/k/a Omar Medina    )
        Defendant        )

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal the criminal complaint in the above-captioned matter.

As grounds, the Government represents that Defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John M. Hodgens, Jr.
    JOHN M. HODGENS, JR.
    Assistant U.S. Attorney

8-31-05
allowed